# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                NO.  4:09CR00219-001 SWW

JOHN KEITH MCCAUGHAN

### ORDER

The above entitled cause is before the Court on a consent to transfer this matter for plea and sentence pursuant to Rule 20, Federal Rules of Criminal Procedure.

IT IS ORDERED that the Federal Public Defender should be appointed to represent him in all further proceedings herein.  The Clerk shall send a copy of this Order to **Latrece Gray**, the appointed counsel for this defendant.

IT IS FURTHER ORDERED that a hearing pursuant to Rule 20 is scheduled to begin on *THURSDAY, AUGUST 6, 2009, AT 2:00 P.M.*, Courtroom #1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas in this matter.

DATED this 30th day of July 2009.

/s/Susan Webber Wright
United States District Judge